# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 7, 2013

## NO.  03-12-00060-CV

**Raul Adam Trevino, Appellant**

**v.**

**The State of Texas; Greg Abbott, Attorney General of Texas; and Michel F. Kennell, The Attorney General of Texas Public Information Coordinator's Office, Appellees**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### AFFIRMED -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was no error requiring reversal in the trial court's judgment:  **IT IS THEREFORE** considered, adjudged and ordered that the trial court's judgment is in all things affirmed.  It is **FURTHER** ordered that, it appearing that the appellant is indigent and unable to pay costs, no adjudication as to costs is made, and that this decision be certified below for observance.